# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# Fresno Division

| | |
|---|---|
| MICHAEL FARRIS<br>CDCR #E-44061,<br><br>                       Plaintiff,<br>vs.<br><br>I.D. CLAY, et al.,<br><br>                       Defendants. | Civil No.    1:08cv1547 JLS (POR)<br><br>**ORDER SETTING BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO DISMISS AND SUBMITTING MATTER FOR DETERMINATION WITHOUT ORAL ARGUMENT** |

      Plaintiff, a state inmate currently incarcerated at the Avenal State Prison located in Avenal, California, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 14, 2008. He has been granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a).

      On July 8, 2009, Defendants Clay, Cunningham, Parsons, Devecenzi, and Jessica R. filed a Motion to Dismiss pursuant to FED.R.CIV.P. 12(b)(6) [Doc. No. 18].

      Accordingly, the Court sets the following briefing schedule:

1)     Plaintiff, if he chooses, may file an Opposition to Defendants' Motion [Doc. No. 18] and serve it upon Defendants' counsel of record no later than **Monday, September 14, 2009.**

1  3) Defendants may file a Reply to Plaintiff's Opposition, and serve it upon Plaintiff
2  no later than **Monday, September 21, 2009.**
3  At that time, the Court will consider that matter fully briefed and will thereafter issue its
4  written Order in due course and without hearing or oral argument.
5  **IT IS SO ORDERED.**
6  DATED: July 14, 2009

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge